

FILED
JAN -9 2012
CLERK, U.S. ...
SOUTHERN DISTRICT COURT
BY ... DEPUTY

⹂AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| ADAN USCANGA-GONZALEZ(1) | (For Offenses Committed On or After November 1, 1987) |

CASE NUMBER: 11CR1373-W

<u>Jason Ser, Federal Defenders Inc.</u>
Defendant's Attorney

REGISTRATION No.  25097298

THE DEFENDANT:

X    was found in violation based on his conviction   in   11CR3715-DMS

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

**Allegation Number**         **Nature of Violation**
One (nv1)                              Committed Law Violation


  The defendant is sentenced as provided in pages 2 through     2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.


  IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

<u>JANUARY 09, 2012</u>
Date of Imposition of Sentence

_____
THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B   JUDGMENT IN A CRIMINAL CASE
             SHEET 2 - IMPRISONMENT

DEFENDANT: ADAN USCANGA-GONZALEZ(1)
CASE NUMBER: 11CR1373-W

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Six (6) months, as to which four (4) months to serve to run consecutive and two(2) months to serve concurrent to the sentence imposed in 11CR3715-DMS

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal